UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00005 |
| | ) | JUDGE NIXON |
| | ) | |
| JOSEPH DANIEL VICARS | ) | |

ORDER

The plea hearing is hereby re-scheduled for September 12, 2012, at 10:00 AM.

IT IS SO ORDERED.

ENTERED this 4~~th~~ day of ~~August~~ September, 2012.

JOHN T. NIXON
Senior Judge, United States District Court